# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3476

_____

United States of America,        *
                      *

        Appellee,          *    Appeal from the United States
                        *    District Court for the
    v.                     *    District of Nebraska.
                        *

Michael Clauff,            *    **[UNPUBLISHED]**
                        *

        Appellant.        *

_____

Submitted: May 21, 2002
Filed: May 22, 2002

_____

Before BOWMAN, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Michael Clauff pleaded guilty to possessing with intent to distribute 50 grams or more of a mixture or substance containing methamphetamine, in violation of 21 U.S.C. § 841(a)(1). The district court[1] sentenced Clauff to 80 months imprisonment and 4 years supervised release. On appeal, counsel has moved to withdraw under Anders v. California, 386 U.S. 738 (1967), and has filed a brief arguing that Clauff's criminal history should have been a Category III instead of a Category IV.

_____

[1]The HONORABLE LYLE E. STROM, United States District Judge for the District of Nebraska.

The district court did not plainly err in finding Clauff had a Category IV criminal history. <u>See</u> <u>United States v. Evans</u>, 285 F.3d 664, 675-76 (8th Cir. 2002) (standard of review). Clauff did not object to the inclusion of the underlying convictions in the presentence report. <u>See</u> <u>United States v. LaRoche</u>, 83 F.3d 958, 959 (8th Cir. 1996) (per curiam). Moreover, the criminal history points assessed were appropriate. <u>See</u> U.S.S.G. § 4A1.1. Further, following our independent review, <u>see</u> <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues.

Accordingly, we grant counsel's motion to withdraw, and we affirm.

A true copy.

      Attest:

            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.